JOHN CERASOLE, Respondent, *v.* ANNA EGENBERGER et al., Defendants, and CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant.

Submitted April 19, 1937, decided April 27, 1937.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 351.)

HENNI MANSBACHER, Respondent, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

Submitted April 19, 1937; decided April 27, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 140.)